

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2024

No. 04-23-00982-CV

**IN RE RYDER INTEGRATED LOGISTICS, INC.** and Arthur McDaniels Moore, Relators

Original Proceeding[1]

### ORDER

Relators filed a petition for writ of mandamus on November 11, 2023. On April 29, 2024, relators filed an agreed motion to dismiss the mandamus petition, informing this court that a settlement had been reached between the parties in the underlying matter.

After consideration, the court **GRANTS** the motion. Accordingly, relators' petition for writ of mandamus is **DISMISSED**.

It is so **ORDERED** on May 8, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2023-CI-03928, in the 166th Judicial District Court, Bexar County, Texas, the Honorable John Gabriel presiding.